# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> VS. <br><br> JUAN GABRIEL MALDONADO, <br><br> Defendant | NO. 1:07-mj-39 <br><br> **CRIMINAL COMPLAINT** |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief. Beginning on or about February 21, 2007 and continuing to on or about June 18, 2007, in the MIDDLE DISTRICT OF GEORGIA, the above-named defendant did commit the offense of:

possession of cocaine with intent to distribute and conspiracy to possess with intent to distribute cocaine in violation of Title 21, United States Code, Section 846 in conjunction with Title 21, United States Code, Section 841(a)(1).

I further state that I am an Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant
Rick Bell

Sworn to and Subscribed Before me in Albany, Georgia,

This 9th day of October, 2007.

_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

**AFFIDAVIT**

I, Richard E. Bell, Jr., being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and I have been so employed since May 1996. During that time, I have been involved in the investigation of narcotics violations, money laundering, white-collar crime violations including mail fraud, wire fraud, conspiracy, interstate transportation of stolen property and Terrorism. Since November of 2005, I have been assigned as coordinator for the FBI South West Georgia Safe Streets Gang Task Force, that conducts long term investigations of large scale drug trafficking organizations, weapons and violent gang activity. Before working as a Special Agent I was employed by the Federal Bureau of Prisons (BOP) as a Correctional Supervisor for approximately six years.

2.   Your Affiant is familiar with JUAN GABRIEL MALDONADO, hispanic male, date of birth March 30, 1973, social security account number (SSAN) 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 of 833 Jonah Tillman Road, Moultrie, Georgia 31768.   MALDONADO was identified in July 2006, as a major drug trafficker in the Moultrie, Georgia area through local law enforcement (Colquitt County Drug Task Force) interviews and reliable source information.   Source information and logical investigation has revealed that MALDONADO is associated with the Mexican Mafia/Sureno 13 with strong ties to Mexico and Peru.   Additional investigation of MALDONADO includes numerous consensually recorded conversations, trash covers and the purchase of a large quantity of cocaine.   All facts known to your Affiant, pertaining to the current investigation will not be disclosed due to involvement of other co-conspirators associated with MALDONADO yet to be named.

3.   On February 21, 2007, a reliable confidential source (CS), was telephonically contacted by JUAN GABRIEL MALDONADO and solicited to purchase one (1) kilogram of powder cocaine.   The CS was

advised by MALDONADO that the price per kilogram was $20,000.00.  The telephone calls were consensually recorded by the CS in the presence of investigators.

    4.  On February 21, 2007 the CS met with MALDONADO on Crosby Road, Moultrie, Georgia.  The meeting was also consensually recorded.  A surveillance of the area was established by Investigators.  MALDONADO was observed driving toward the designated location in a Ford F-250 pick up truck known to Investigators as being registered to MALDONADO.  MALDONADO sold CS approximately 1 kilogram of cocaine in brick form, which was wrapped in plastic for $20,000.00.

    5.  The block of cocaine was sent to the Federal Drug Enforcement Agency (DEA) lab Miami, Florida for testing.  Your Affiant received a lab report back from DEA on October 5, 2007 confirming that the cocaine the CS purchased from MALDONADO by the CS is 80% pure.

    6.  On June 18 2007, MALDONADO contacted the CS advising that a shipment of cocaine, between 7-8 kilograms was to be delivered sometime that evening.  The CS advised your affiant and further explained that

the drivers had arrived from Atlanta, Georgia and that the cocaine was hidden in a secret compartment inside one of the vehicles. The cocaine was to be moved by MALDONADO to a different location after it had been retrieved from the vehicle.

7. On June 18, 2007 the CS contacted your Affiant and advised that several kilograms of cocaine were located in a chicken pen behind the residence located at 850 Jonah Tillman Road Moultrie, Georgia. A search warrant was obtained by Task Force Officer Steve Exum, Colquitt County Sheriffs Office, signed by Superior Court Judge FRANK HORKIN, Colquitt County, for the residence of GERONIMO GARCIA, 850 Jonah Tillman Road, Moultrie, Georgia. GARCIA is the brother-in-law of MALDONADO and resides across the street from MALDONADO's residence.

8. On June 18, 2007 pursuant to the search warrant, approximately 6 kilograms of cocaine were located in a chicken pen directly behind the residence of GERONIMO GARCIA at 850 Jonah Tillman Road Moultrie, Georgia. MALDONADO was later interviewed at the Colquitt County Sheriffs Office. MALDONADO admitted that he had arranged for ADRIAN PEREZ NEGRON and

JOAQUIN ROBLES to drive from Atlanta, Georgia and deliver the cocaine. MALDONADO explained that he was to assist the aforementioned two (2) individuals in selling the cocaine.

9. Based upon the foregoing, your affiant respectfully requests that an arrest warrant be issued based upon probable cause to believe that MALDONADO is in violation of:

(a) Title 21, United States Code, Section 841(a)(1); possession with the intent to distribute the Schedule II controlled substance, to-wit cocaine.

(b) Title 21, United States Code, Section 846; conspiracy to possess with the intent to distribute the Schedule II controlled substance, to-wit cocaine; and,

Sworn to this 9 day of October 2007.

Richard E. Bell, Jr.
S/A FBI

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE