# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>VS.<br><br>JUAN GABRIEL MALDONADO,<br>Defendant | NO. 1:07-mJ 39<br><br>**WARRANT FOR ARREST** |

**To:** UNITED STATES MARSHAL, MIDDLE DISTRICT OF GEORGIA
AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **JUAN GABRIEL MALDONADO**, and bring him **FORTHWITH** before the nearest available judicial officer to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court
☐ Violation Notice   ☐ Probation Violation Petition

charging him with possession of cocaine with intent to distribute and conspiracy to possess with intent to distribute cocaine in violation of Title 21, United States Code, Section 846 in conjunction with title 21, United States Code, Section 841(a)(1).

Dated at Albany, Georgia, this _____ day of October, 2007.

RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

## RETURN

This warrant was received and executed by the following:

_____.

| DATE RECEIVED | NAME AND TITLE OF OFFICER/AGENT | SIGNATURE OF OFFICER/AGENT |
|---|---|---|
| | | |
| DATE OF | | |
| | | |